IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01563-WYD-BNB | Date: | March 4, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| MARC SCOTT<br>**Petitioner(s)** | *Christelle C. Beck* |
| v. | |
| RED ROBIN INTERNATIONAL, INC<br>**Defendant(s)** | *Elizabeth B. Chilcoat* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 9:00 a.m.

Appearance of counsel.

Parties discuss status of responses to interrogatories and requests for production. Defendant argues the responses are not adequate and deficiencies still exist.

Defendants request for costs is DENIED.

For reasons stated on the record, it is

**ORDERED:** Red Robin International, Inc's Motion to Compel Responses to Interrogatories and Requests for Production Pursuant to Fed. R. Civ. P. 37(a) and (d) [24] is DENIED as moot.

A hearing on the Motion, Notice, and Certificate for Withdrawal of Appearance is set for March 17, 2014, at 2:00 p.m.

Court in Recess: 9:11 a.m.    Hearing concluded.    Total time in Court: 00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119