IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01563-WYD-BNB

MARC SCOTT,

Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC.,

Defendant.

___

**ORDER**
___

The parties appeared this morning for a hearing on **Red Robin's Motion to Compel** [Doc. # 24, filed 2/14/2014], and I made rulings on the record which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 24] is DENIED as moot; and

(2)     Red Robin's request for reasonable costs incurred in bringing the Motion to Compel and other related costs is DENIED as unjust under the circumstances of this case.

Dated March 4, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge