IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01563-WYD-BNB

MARC SCOTT,

   Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC.,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed on March 14, 2014.  After a careful review of the Motion and the file, it is

ORDERED that the Stipulation of Dismissal (ECF No. 36) is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each side to bear his or its own attorney's fees and costs.

   Dated:  March 14, 2014

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge